UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
CIVIL ACTION NO. 3:08cv40/MCR/MD

| | |
|---|---|
| DEBORAH BONN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>L-3 COMMUNICATIONS CORPORATION, et al.,<br><br>  Defendants. | **STIPULATION OF DISMISSAL** |

NOW COME plaintiffs and defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate that all claims asserted in this action by plaintiffs against defendants L-3 Communications Corporation and L-3 Communications Integrated Systems, L.P., are hereby dismissed without prejudice.  Plaintiffs do not dismiss their claims against L-3 Communications Vertex, LLC.

This the 17th day of June, 2008.

/s/ Daniel O. Rose
Francis G. Fleming, Esquire
Daniel O. Rose, Esquire
Michael R. Sherwin, Esquire
Kreindler & Kreindler LLP
100 Park Avenue
New York, NY 10007
FFleming@kreindler.com
DRose@kreindler.com
MSherwin@kreindler.com
*Attorneys for Plaintiff*

/s/ Anthony Tarricone
Anthony Tarricone, Esquire
Kreindler & Kreindler LLP
277 Dartmouth Street
Boston, MA  02116
ATarricone@kreindler.com
*Attorneys for Plaintiff*


/s/ Andrew L. Fitzgerald
Jack M. Strauch
Andrew L. Fitzgerald
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC  27101
Telephone:     (336) 721-3600
Facsimile:      (336) 721-3660
jstrauch@wcsr.com
afitzgerald@wcsr.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for defendants and is a person of such age and discretion as to be competent to serve process.

That on June 17, 2008, he served a copy of the foregoing **STIPULATION OF DISMISSAL** via electronic filing or, if not an electronic filer, by placing said copy in a postage prepaid enveloped address to counsel hereinafter named, and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

> Francis G. Fleming, Esquire
> Daniel O. Rose, Esquire
> Michael R. Sherwin, Esquire
> Kreindler & Kreindler LLP
> 100 Park Avenue
> New York, NY 10007
> FFleming@kreindler.com
> DRose@kreindler.com
> MSherwin@kreindler.com
>
> Anthony Tarricone, Esquire
> Kreindler & Kreindler LLP
> 277 Dartmouth Street
> Boston, MA  02116
> ATarricone@kreindler.com
>
> Attorneys for Plaintiff

> s/Andrew L. Fitzgerald
> Andrew L. Fitzgerald
> WOMBLE CARLYLE SANDRIDGE & RICE,
> *A Professional Limited Liability Company*
> One West Fourth Street
> Winston-Salem, NC  27101
> Telephone:  (336) 721-3600
> E-mail:  afitzgerald@wcsr.com
> Attorneys for Defendant