# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DEBORAH BONN, et al.

     vs                           Case No. 3:08cv40-MCR/MD

L-3 COMMUNICATIONS CORPORATION et al

_____

# O R D E R

The parties' Letter/**Joint Motion to Extend Time (doc.26, electronically filed 7/11/2008)**, was referred to the undersigned with the following deficiencies:

> The document is not on plain 8½-inch x 11-inch paper as required by N.D. Fla. Loc. R. 5.1(B)(3).

> Your document is not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you.

> The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

> The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 14th day of July, 2008.

                                s/ *M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**