# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DEBORAH BONN, et al

    VS                                                               CASE NO.3:08cv40/MCR/MD

L-3 COMMUNICATIONS
CORPORATION, et al

**REFERRAL AND ORDER**

Referred to Judge Rodgers on     JULY 20, 2009
Type of Motion/Pleading: JOINT MOTION TO EXTEND MEDIATION & SPECIFIC DISCOVERY DEADLINES
Filed by:     ALL PARTIES     on   7/17/09   Document    54
(X)    Stipulated/Consented/**Joint** Pleading
RESPONSES:
                                     on            Doc.#
                                     on            Doc.#
                                   WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Civil Case Manager
                                     Deputy Clerk

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2009, that:

    The requested relief is GRANTED as requested.

                                              s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**

Entered On Docket:                By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: