UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Action No. 3:08cv40/MCR/MD

| | |
|---|---|
| DEBORAH BONN, et al.,         ) | |
| )   | |
| Plaintiffs,        ) | |
| )   | **VERTEX'S MOTION TO APPLY** |
| v.                                                  ) | **FLORIDA'S WRONGFUL DEATH ACT** |
| )   | |
| L-3 COMMUNICATIONS        ) | |
| VERTEX AEROSPACE, LLC,   ) | |
| )   | |
| Defendant.        ) | |
| _____ ) | |

Defendant L-3 Communications Vertex Aerospace, LLC ("Vertex"), respectfully moves the Court to apply Florida's Wrongful Death Act to plaintiffs' claims in the above-captioned matter. In support of this motion, defendant relies upon its Brief In Support of Vertex's Motion to Apply Florida's Wrongful Death Act filed concurrently herewith.

This the 14th day of September, 2009.

/s/ Andrew L. Fitzgerald
Jack M. Strauch
Andrew L. Fitzgerald
118 South Cherry Street
Winston-Salem, NC  27101
Telephone:  (336) 725-8688
Facsimile:  (336) 725-8867
E-mail:  jstrauch@wcsr.com
E-mail:  afitzgerald@wcsr.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law and is admitted to practice in the Northern District of Florida, is attorney for defendants and is a person of such age and discretion as to be competent to serve process.

That on September 14, 2009, he served a copy of the foregoing **VERTEX'S MOTION TO APPLY FLORIDA'S WRONGFUL DEATH ACT** via electronic filing.

>Francis G. Fleming, Esquire
>Daniel O. Rose, Esquire
>Kreindler & Kreindler LLP
>100 Park Avenue
>New York, NY 10007
>FFleming@kreindler.com
>DRose@kreindler.com
>
>Anthony Tarricone, Esquire
>Kreindler & Kreindler LLP
>277 Dartmouth Street
>Boston, MA  02116
>ATarricone@kreindler.com
>
>*Attorneys for Plaintiff*

>/s/ Andrew L. Fitzgerald
>Jack M. Strauch
>Andrew L. Fitzgerald
>118 South Cherry Street
>Winston-Salem, NC  27101
>Telephone:  (336) 725-8688
>Facsimile:  (336) 725-8867
>E-mail:  jstrauch@wcsr.com
>E-mail:  afitzgerald@wcsr.com
>Attorneys for Defendant