## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

DEBORAH BONN, et al

    VS                                                                   CASE NO. 3:08cv40/MCR/MD

L-3 COMMUNICATIONS VERTEX
AEROSPACE, LLC

**REFERRAL AND ORDER**

Referred to Judge Rodgers on    SEPTEMBER 29, 2009
Type of Motion/Pleading: JOINT MOTION FOR EXTENSION OF TIME (10/15/09)
Filed by:     ALL PARTIES     on   9/28/09   Document    62
(X)   Stipulated/Consented/**Joint** Pleading
RESPONSES:
                                                on            Doc.#
                                                on            Doc.#
                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                 s/Civil Case Manager
                                                 Deputy Clerk

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 30th day of September, 2009, that:

    The requested relief is GRANTED.

                                                 s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **UNITED STATES DISTRICT JUDGE**

Entered On Docket:              By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: